EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JOHN DE CARLO AND DEANNA DE CARLO, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-05220 RMW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS JOHN DE CARLO AND DEANNA DE CARLO** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs John De Carlo and Deanna De Carlo and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs John De

2056758.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs John De Carlo and Deanna De Carlo  - 1**

1  Carlo and Deanna De Carlo as to defendant Olin Corporation. All parties to bear their own
2  costs and legal fees incurred to date in this action.
3  Dated: 8/4/05

5              Respectfully submitted,

7              ALEXANDER, HAWES & AUDET, LLP

8              By: _____
9                  RICHARD D ALEXANDER, Cal. Bar #48432
                   JEFFREY W/ RICKARD, Cal. Bar #125180
10                 RYAN M. HAGAN, Cal Bar #200850
                   152 North Third Street, Suite 600
11                 San Jose, CA 95112
                   Telephone: (408) 289-1776
12                 Facsimile: (408) 287-1776

13             Attorneys for Plaintiffs John De Carlo and Deanna De
               Carlo
14

15             HUSCH & EPPENBERGER, LLC

17             By:    /s/ Carol A. Rutter
                   THOMAS M. CARNEY, admitted *pro hac vice*
18                 CAROL A. RUTTER, admitted *pro hac vice*
                   190 Carondelet Plaza, Suite 600
19                 St. Louis, MO 63105-3441
                   Telephone: (314) 480-1500
20                 Facsimile: (314) 480-1505

21                 RANDALL C. CREECH, Cal. Bar #65542
                   CREECH, LIEBOW & KRAUS
22                 333 West San Carlos Street
                   Suite 1600
23                 San Jose, CA 95110
                   Telephone: (408) 993-9911
24                 Facsimile: (408) 993-1335

25             Attorneys for Defendant Olin Corporation

2056758.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
John De Carlo and Deanna De Carlo - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JOHN DE CARLO AND DEANNA DE CARLO, <br><br>Plaintiffs, <br><br>v. <br><br>OLIN CORPORATION, et al., <br><br>Defendants. | Case No.: C 03-05220 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS JOHN DE CARLO AND DEANNA DE CARLO** |

THIS MATTER coming on the motion of Plaintiffs John De Carlo and Deanna De Carlo and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs John De Carlo and Deanna De Carlo 's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005  /s/ Ronald M. Whyte